IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

JIM PEGRAM FARMS, JAMES
PEGRAM, and KATHLEEN PEGRAM                                             PLAINTIFFS

V.                                                                 NO. 3:21-CV-196-DMB-RP

J.P. MORGAN CHASE NATIONAL
CORPORATE SERVICES, INC.;
CAPITAL ONE BANK (USA), N.A.;
NATIONSTAR MORTGAGE LLC
d/b/a Mr. Cooper; and XYZ
CORPORATIONS                                                            DEFENDANTS

## ORDER

On August 18, 2021, Jim Pegram Farms, James Pegram, and Kathleen Pegram filed a complaint in the Circuit Court of Tunica County, Mississippi, against Tony Skelton; J.P. Morgan Chase National Corporate Services, Inc.; Capital One, National Association; Nationstar Mortgage LLC d/b/a Mr. Cooper; and "XYZ Corporations." Doc. #3. JPMorgan Chase Bank, N.A., alleging it was improperly identified as J.P. Morgan Chase National Corporate Services, Inc.,[1] and Nationstar removed the case to the United States District Court for the Northern District of Mississippi on September 2, 2021, asserting diversity jurisdiction.[2] Doc. #1.

Nationstar, Chase, and Capital One each filed a motion to dismiss the complaint.[3] Docs. #21, #24, #30. After the motions to dismiss were filed, the plaintiffs, with the Court's leave,[4] filed an amended complaint.[5] Doc. #74.

---

[1] Chase has taken no action nor presented any proof seeking to correct the asserted misnomer.

[2] Skelton and Capital One consented to removal. Docs. #2, #12.

[3] Before any of the motions to dismiss were filed, the plaintiffs voluntarily dismissed their claims against Skelton. Doc. #19.

[4] Doc. #73.

[5] Consistent with his dismissal, Skelton is not named in the amended complaint. *See* Doc. #74.

As a general rule, "[a]n amended complaint supersedes the original complaint and renders it of no legal effect unless the amended complaint specifically refers to and adopts or incorporates by reference the earlier pleading." *King v. Dogan*, 31 F.3d 344, 346 (5th Cir. 1994). Because the amended complaint here does not incorporate the earlier pleading and because Nationstar, Chase, and Capital One have filed motions to dismiss the amended complaint,[6] the motions to dismiss the original complaint [21][24][30] are **DENIED as moot**.

**SO ORDERED**, this 7th day of June, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[6] Docs. #83, #85, #93.