IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**JIM PEGRAM FARMS, JAMES PEGRAM, and KATHLEEN PEGRAM**                                                  **PLAINTIFFS**

V.                                                                                                                                    NO. 3:21-CV-196-DMB-RP

**JPMORGAN CHASE BANK, N.A.;
CAPITAL ONE BANK (USA), N.A.;
NATIONSTAR MORTGAGE LLC
d/b/a Mr. Cooper; and XYZ
CORPORATIONS**                                                                                                                    **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the "Opinion and Order" enter this day, this case is **DISMISSED with prejudice**.

**SO ORDERED**, this 6th day of September, 2022.

/s/Debra M. Brown
**UNITED STATES DISTRICT JUDGE**